UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 11-20260-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH MAX TYRE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON COUNSEL'S CJA VOUCHER REQUEST

**THIS CAUSE** came before the Court upon the Report and Recommendations regarding Criminal Justice Act Voucher FLS 11 2926 issued by United States Magistrate Judge Jonathan Goodman, on October 2, 2015 [ECF No. 374].  Magistrate Judge Goodman, recommends that this Court, grant the CJA Voucher FLS 11 2926 and that David A. Donet Jr., be paid **$14,147.78** as fair and final compensation for his work on this case.  The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed.  Accordingly, the Court has considered the Report and Recommendations, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendations [ECF No. 374], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of October, 2015.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
David A. Donet Jr., Esq
CJA Administrator